1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAVIN WILLIE FLORES,

            Plaintiff,

    v.

E. MURPHY, et al.,

            Defendants.

Case No.  21-cv-07851-VKD

**ORDER GRANTING WITHDRAWAL OF COUNSEL**

Re: Dkt. No. 24

Attorney Luke Peters moves for leave to withdraw as counsel for plaintiff Davin Willie Flores.  Dkt. No. 24.  In this district, "[c]ounsel may not withdraw from an action until relieved by order of the Court after written notice has been provided, reasonably in advance, to the client and to all other parties who have appeared in the case."  Civil L.R. 11-5(a).  Counsel has provided notice of his intent to his client, and no other parties have yet appeared in this case.  Dkt. No. 24.  Concurrent with the motion to withdraw, Mr. Flores has requested additional time to file an amended complaint (Dkt. No. 22) and the Court has granted it (Dkt. No. 23).  Mr. Peters' motion for leave is supported by good cause, and thus the Court grants counsel's motion to withdraw.

      **IT IS SO ORDERED.**

Dated: July 8, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge